THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:19-cv-079 |
| 114.14 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, STATE OF TEXAS; AND WANDA HOLLON, *et al.*, | § § § § § § § § | |
| Defendants. | § | |

## COMPLAINT IN CONDEMNATION

1.   This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.   The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.   The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.   The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.   The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6. The interest being acquired in the property is set forth in Schedule "E."

7. The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8. The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

*s/ Baltazar Salazar*
**BALTAZAR SALAZAR**
Assistant United States Attorney
Attorney-in-Charge
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 992-9434
Facsimile:   (956) 618-8016
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE A

**SCHEDULE A**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds which shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-BRP-6100
Owner: Wanda Hollon, *et al.*
Acres: 114.14

As identified in the Executrix Special Warranty Deed, Document # 0061820, Book OR, Volume 9598, Page 146, recorded November 12, 2003 in the Deed Records of Cameron County:

BEING 114.14 Acres of land out of a certain 305.24 acre tract (Cameron County Deed Records Volume 894, Page 755) and a 140.00 Acre Tract and out of Shares 2, 3, and 11 of the Espiritu Santo Grant in Cameron County, Texas, and said 114.14 Acres being more particularly described as follows:

BEGINNING at a point on the approximate centerline of the IBWC Levee which is South 6° 30' West, 2,452.28 feet; South 18° 43' West, 1,504.50 feet; South 28° 00' 36" West, 350.00 feet and South 19° 35' 54" West, 135.00 feet from the intersection of the South Line of U.S. "281" (Military Road) and the division line of the Rusteberg Properties and the Original Andres Cueto Lands;

THENCE South 19° 35' 54" West, 203.70 feet to a point for a corner of this tract;

THENCE South 37° 08' 24" West, 330.77 feet to a point on the High Bank of the Rio Grande River for a corner of this tract;

THENCE along the High Bank of the Rio Grande as follows:

North 18° 59' 03" West, 368.39 feet;
North 45° 00' 00" West, 430.29 feet;
North 82° 14' 12" West, 444.07 feet;
South 83° 46' 20" West, 1,106.55 feet;
South 83° 19' 30" West, 1,892.83 feet;
North 59° 02' 08" West, 349.86 feet;
North 08° 53' 36" West, 202.86 feet;
North 20° 26' 24" East, 551. 91 feet;
North 42° 02' 58" East. 1,700.00 feet; and
North 37° 52' 32" East, 43.71 feet to a point for the Northernmost corner of this tract.

THENCE South 54° 18' 36" East, 459.18 feet to a point on the approximate centerline of the IBWC Levee for a corner of this tract;

THENCE along the approximate centerline of the IBWC Levee as follows:

South 06° 34' 24" West, 41.51 feet;
South 10° 04' 36" East, 47.25 feet;
South 19° 58' 36" East, 548.86 feet;
South 36° 18' 36" East, 111.23 feet;
South 54° 12' 36" East, 127.66 feet;
South 73° 54' 36" East, 121.24 feet;
North 86° 39' 24" East, 1,262.22 feet;
South 82° 55' 36" East, 192.05 feet;
South 65° 29' 36" East, 183.20 feet;
South 45° 56' 36" East, 194.80 feet;
South 31° 48' 36" East, 79.70 feet; and
South 28° 00' 36" East, 925.50 feet to the place of beginning;

CONTAINING 114.14 acres of land, more or less, inclusive of all easements through the tract;

Such 114.14 acres of land being the same tract described in a certain Warranty Deed dated October 5, 1982, from Tenneco Realty, Inc. to James B. Hollon and Robert R. Mathers, of record of Volume 1294, Pages 451-455, of the Deed Records of Cameron County.Such 114.14 acres of land being the same tract described in a certain Warranty Deed dated October 5, 1982, from Tenneco Realty, Inc. to James B. Hollon and Robert R. Mathers, of record at Volume 1294, Pages 451-455, of the Deed Records of Cameron County, Texas.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract: RGV-BRP-6100
Owner: Wanda Hollon, *et al.*
Acreage: 114.14

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## **SCHEDULE E**

### ESTATE TAKEN

Cameron County, Texas

Tract: RGV-BRP-6100
Owner: Wanda Hollon, *et al.*
Acres: 114.14

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Wanda Hollon** <br> ███████████ <br> Brownsville, TX 78520 | Executrix Special Warranty Deed, Document # 00061820, Book OR, Volume 9598, Pages 146-148, recorded November 12, 2003 in the Deed Records of Cameron County |
| **Robert R. Mathers** <br> ███████████ <br> Brownsville, TX 78526-9750 | Warranty Deed, Document #28993, Book DR, Volume 1294, Pages 451-456 recorded October 11, 1982 in the Deed Records of Cameron County |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
114.14 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, STATE OF TEXAS; AND WANDA HOLLON, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   CAMERON
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Baltazar Salazar, United States of Attorney Office, SDTX, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501

Attorneys *(If Known)*
C. Frank Wood, Sanchez, Whittington & Wood, LLC, 3505 Boca Chica Blvd., Ste. 100, Brownsville, TX 78521 (956) 546-3731

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1358
Brief description of cause:
Land Condemnation proceeding for Right of Entry (ROE) to Survey and Conduct Testing

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 05/21/2019
SIGNATURE OF ATTORNEY OF RECORD: */s/ Baltazar Salazar*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE